ALBANY,
Feb. 1832.

Smith
v.
Newell.

charge whatever had been delivered, although in the progress of the trial the propositions set forth in the charge had been advanced by the judge in the hearing of the jury.

*S. Dutcher*, for motion.

*J. King*, contra.

---

## SMITH *vs.* NEWELL.

It is not necessary that the names of all the clerks of the court should be sub_scribed to process; the name of the clerk where the court sits at *teste* of process, is sufficient.

A motion to mitigate bail is chamber business.

February 9.    J. KING moved to set aside a *capias* for irregularity, on the ground that a *capias*, issued in *October* last, was subscribed with the names of *Fairlie, Hubbard* and *Paige* as clerks, Mr. Fairlie having died previous to that time; and if unsuccessful in that motion, he then asked to mitigate bail.

*By the Court*, SAVAGE, Ch. J. The name of the clerk, where the court sits at the time of the *teste* of process, is

enough; it is not necessary that the names of all the clerks of the court should be signed to process. The motion to set aside the *capias* is therefore denied. The motion to mitigate bail is chamber business, and that also is denied.